UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

GREGORY MAURICE LEE,
by and through his Guardian Linda
Shelton,

        Plaintiff,

v.

CITY OF FAYETTEVILLE
and JOHN DOES,
        Defendants.

**JUDGMENT**

No. 5:16-CV-759-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion to dismiss, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 41(b), converted to motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 24, 2017, and for the reasons set forth more specifically therein, that the defendants' motion to dismiss, converted to a motion for summary judgment is GRANTED.

**This Judgment Filed and Entered on May 24, 2017, and Copies To:**

Jerry Braswell, Shean D. Williams, and D. Brandon Christian
(via CM/ECF Notice of Electronic Filing)

May 24, 2017        PETER A. MOORE, JR., CLERK
                                     /s/ Christa N. Baker
                                     (By) Christa N. Baker, Deputy Clerk